NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIPHARMA, LLC,**
*Plaintiff-Appellee,*

v.

**FIRST FRUITS BUSINESS MINISTRY, LLC,
FIRST FRUITS BEVERAGE COMPANY, LLC,
ROGER J. CATARINO, AND GREG GUSS,**
*Defendants-Appellants.*

---

2012-1627

---

Appeal from the United States District Court for the Central District of California in case no. 12-CV-0404, Judge James V. Selna.

---

## ON MOTION

---

## ORDER

First Fruits Business Ministry, LLC, First Fruits Beverage Company, LLC, Roger J. Catarino, and Greg Guss (First Fruits) move without opposition for a 28-day extension of time, until November 26, 2012, to file their opening brief. First Fruits also moves without opposition

TRIPHARMA, LLC V. FIRST FRUITS BUSINESS                                    2

to withdraw Boris Zelkind, Phillip A. Bennett, and Reza Mirzaie as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. New counsel for First Fruits shall promptly file entries of appearance.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21